UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 21-6566-MWF(MAAx)**                                Dated: **March 2, 2022**

Title:       Maria Andrade -*v*- FCA US LLC, a Delaware Limited Liability Company, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                None Present

PROCEEDINGS (IN CHAMBERS) COURT ORDER

In light of the Notice of Settlement [21] filed February 25, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for April 11, 2022 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

IT IS SO ORDERED.

MINUTES FORM 90                                    Initials of Deputy Clerk   rs
CIVIL - GEN