JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIA ANDRADE,**<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>**FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,**<br><br>　　　　　　Defendants. | **CASE NO** : CV 21-6566-MWF(MAAx)<br><br>**ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Honorable Michael W. Fitzgerald |

Upon consideration of the parties' Joint Stipulation for Dismissal With Prejudice (Docket No. 38), and for good cause shown, the Stipulation is APPROVED. The Court ORDERS this entire action hereby dismissed with prejudice.

　　　　IT IS SO ORDERED.

Dated: October 19, 2022

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　United States District Judge